IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01745-MSK-MJW

DEBRA GATES, for herself personally and representative of the heirs of Michael David Gates, Deceased, including Candice Grey, his daughter, and
THE ESTATE OF MICHAEL DAVID GATES, represented by Debra Gates,
  Personal Representative,

       Plaintiffs,

v.

OFFICER ARON ARMSTRONG, Individually, and in his Official Capacity,
SERGEANT SCOTT LAFLEUR, Individually, and in his Official Capacity,
JOHN DOES 1 – 10, Individually and in their Official Capacities,
THOMAS C. DELAND, Chief of Police, City and Count of Broomfield, Colorado,
  In his Official Capacity,
WILSON LINDQUIST, Individually, and in his Official Capacity,
RICHARD SCHERMERHORN, Individually, and in his Official Capacity,
ERIC BALLARD, Individually, and in his Official Capacity,
CURTIS KRANTZ, Individually, and in his Official Capacity,
JOHN COOK, Individually, and in his Official Capacity,
JOHN O'HAYRE, Fire Chief, North Metro Fire Rescue District, in his Official Capacity,
NORTH METRO FIRE RESCUE DISTRICT, a Quasi-Municipal Corporation Organized Under
  the Laws of Colorado,
THE CITY AND COUNTY OF BROOMFIELD, COLORADO,

       Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

    IT IS ORDERED that, within 30 days after judgment is entered, counsel for the parties

shall obtain from the Court any exhibits and depositions used during this case.  Counsel shall

retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate

proceedings.  Failure to retrieve the exhibits and depositions in this matter in conformance with

this Order may result in their destruction.

    Dated this 13th day of September, 2006.

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge