IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01745-MSK-MJW

DEBRA GATES, et al.,

Plaintiffs,

v.

OFFICER ARON ARMSTRONG, et al.,

Defendants.

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 49) is APPROVED and made an Order of Court.

Date: April 10, 2007