# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01745-MSK-MJW

DEBRA GATES, for herself personally and representative of the heirs of MICHAEL
DAVID GATES, Deceased, including CANDICE GREY, His Daughter, and
THE ESTATE OF MICHAEL DAVID GATES, represented by DEBRA GATES,
Personal Representative

Plaintiffs,

V.

OFFICER ARON ARMSTRONG, Individually, and in his Official Capacity
SERGEANT SCOTT LAFLEUR, Individually, and in his Official Capacity
JOHN DOES 1--10 Individually and in their Official Capacities
THOMAS C. DELAND, Chief of Police, City and County of Broomfield, Colorado, In
his Official Capacity
WILSON LINDQUIST, Individually, and in His Official Capacity
RICHARD SCHERMERHORN, Individually, and in His Official Capacity
ERIC BALLARD, Individually, and in His Official Capacity
CURTIS KRANTZ, Individually, and in His Official Capacity
JOHN COOK, Individually, and in His Official Capacity
JOHN O' HAYRE, Fire Chief, North Metro Fire Rescue District, in his Official Capacity
NORTH METRO FIRE RESCUE DISTRICT, a Quasi-Municipal Corporation Organized
Under the Laws of Colorado
THE CITY AND COUNTY OF BROOMFIELD, COLORADO

Defendants.

---

## ORDER MODIFYING SCHEDULING ORDER
## CONTINUING CERTAIN DEADLINES
( Docket no. 56 )

---

It is hereby **ORDERED** that the Joint Motion to Modify Scheduling Order

Continuing Certain Dates (docket no. 56) is **GRANTED**.

The deposition schedule shall be as follows:

| Name of Deponent | Date of | Time of | Expected Length |
|---|---|---|---|
| Aron Armstrong | 07/16/07 | 9:00 a.m. | 7 hours |
| Wilson Lindquist | 07/17/07 | 9:00 a.m. | 7 hours |
| Thomas Deland | 07/18/07 | 9:00 a.m. | 7 hours |

| Eric Ballard | 07/19/07 | 9:00 a.m. | 7 hours |
|---|---|---|---|
| John O'Hayre | 07/20/07 | 9:00 a.m. | 7 hours |
| John Cook or Curtiz Krantz | 08/13/07 | 9:00 a.m. | 7 hours |
| Scott Lafleur | 08/14/07 | 9:00 a.m. | 7 hours |
| John Cook or Curtis Krantz | 08/15/07 | 9:00 a.m. | 7 hours |
| Defense Deposition | 08/16/07 | TBD | 7 hours |
| Defense Deposition | 08/17/07 | TBD | 7 hours |
| Expert Deposition | 10/29/07 | TBD | 7 hours |
| Expert Deposition | 10/30/07 | TBD | 7 hours |
| Expert Deposition | 10/31/07 | TBD | 7 hours |
| Expert Deposition | 11/01/07 | TBD | 7 hours |
| Expert Deposition | 11/02/07 | TBD | 7 hours |

The deadline for the parties to designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) is extended to **September 14, 2007**.

The deadline for the parties to designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) is extended to **October 12, 2007**.

The discovery cut-off deadline is extended to on or before **November 30, 2007**, and interrogatories and requests for production of documents must be served 33 days before the discovery cut-off, no later than **October 29, 2007**.

The settlement conference presently scheduled for May 8, 2007 is **VACATED.** (X)

(X) - The parties shall contact Magistrate Judge Watanabe's chambers by Telephone within 10 Days from the Date of This Order to Reset The settlement Conference. Magistrate Judge Watanabe's Telephone number is 303-844-2403.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO