# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01745-MSK-MJW

DEBRA GATES, for herself personally and representative of the heirs of MICHAEL DAVID GATES, Deceased, including CANDICE GREY, His Daughter, and
THE ESTATE OF MICHAEL DAVID GATES, represented by DEBRA GATES, Personal Representative

Plaintiffs,

V.

OFFICER ARON ARMSTRONG, Individually, and in his Official Capacity
SERGEANT SCOTT LAFLEUR, Individually, and in his Official Capacity
JOHN DOES 1--10 Individually and in their Official Capacities
THOMAS C. DELAND, Chief of Police, City and County of Broomfield, Colorado, In his Official Capacity
WILSON LINDQUIST, Individually, and in His Official Capacity
RICHARD SCHERMERHORN, Individually, and in His Official Capacity
ERIC BALLARD, Individually, and in His Official Capacity
CURTIS KRANTZ, Individually, and in His Official Capacity
JOHN COOK, Individually, and in His Official Capacity
JOHN O' HAYRE, Fire Chief, North Metro Fire Rescue District, in his Official Capacity
NORTH METRO FIRE RESCUE DISTRICT, a Quasi-Municipal Corporation Organized Under the Laws of Colorado
THE CITY AND COUNTY OF BROOMFIELD, COLORADO

Defendants.

## ORDER MODIFYING SCHEDULING ORDER

It is hereby **ORDERED** that the Joint Motion to Modify Scheduling Order (docket no. _64_) is **GRANTED**.

The deadline for the parties to designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) is extended to **September 18, 2007**.

The deadline for the parties to designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) is extended to **October 16, 2007**.

s/ Michael J Watanabe    9/18/07

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO