IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01745-MSK-MJW

DEBRA GATES, for herself personally and representative of the heirs of MICHAEL DAVID GATES, Deceased, including CANDICE GREY, His Daughter, and
THE ESTATE OF MICHAEL DAVID GATES, represented by DEBRA GATES, Personal Representative

Plaintiffs,

V.

OFFICER ARON ARMSTRONG, Individually, and in his Official Capacity
SERGEANT SCOTT LAFLEUR, Individually, and in his Official Capacity
JOHN DOES 1--10 Individually and in their Official Capacities
THOMAS C. DELAND, Chief of Police, City and County of Broomfield, Colorado, In his Official Capacity
WILSON LINDQUIST, Individually, and in His Official Capacity
RICHARD SCHERMERHORN, Individually, and in His Official Capacity
ERIC BALLARD, Individually, and in His Official Capacity
CURTIS KRANTZ, Individually, and in His Official Capacity
JOHN COOK, Individually, and in His Official Capacity
JOHN O' HAYRE, Fire Chief, North Metro Fire Rescue District, in his Official Capacity
NORTH METRO FIRE RESCUE DISTRICT, a Quasi-Municipal Corporation Organized Under the Laws of Colorado
THE CITY AND COUNTY OF BROOMFIELD, COLORADO

Defendants.

---

### ORDER MODIFYING SCHEDULING ORDER (Docket p. 69)

---

It is hereby **ORDERED** that the Joint Motion to Modify Scheduling Order (docket no. 69) is **GRANTED**.

The Discovery Cut-off deadline is extended to on or before **December 21, 2007**.

The Dispositive Motion/Rule 702 Motion deadline is extended to on or before **January 30, 2008**.

The Rebuttal Disclosure deadline is extended until **October 23, 2007**.

Done This 15TH Day of October 2007

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO