# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01745-MSK-MJW

DEBRA GATES, for herself personally and representative of the heirs of MICHAEL DAVID GATES, Deceased, including CANDICE GREY, His Daughter, and THE ESTATE OF MICHAEL DAVID GATES, represented by DEBRA GATES, Personal Representative

Plaintiffs,

v.

OFFICER ARON ARMSTRONG, Individually, and in his Official Capacity
SERGEANT SCOTT LAFLEUR, Individually, and in his Official Capacity
JOHN DOES 1--10 Individually and in their Official Capacities
THOMAS C. DELAND, Chief of Police, City and County of Broomfield, Colorado, In his Official Capacity
WILSON LINDQUIST, Individually, and in His Official Capacity
RICHARD SCHERMERHORN, Individually, and in His Official Capacity
ERIC BALLARD, Individually, and in His Official Capacity
CURTIS KRANTZ, Individually, and in His Official Capacity
JOHN COOK, Individually, and in His Official Capacity
JOHN O' HAYRE, Fire Chief, North Metro Fire Rescue District, in his Official Capacity
NORTH METRO FIRE RESCUE DISTRICT, a Quasi-Municipal Corporation Organized Under the Laws of Colorado
THE CITY AND COUNTY OF BROOMFIELD, COLORADO

Defendants.

---

## ORDER PERMITTING PLAINTIFF, CANDICE GREY, TO ATTEND SETTLEMENT CONFERENCE VIA TELEPHONE
( Docket No. 86 )

---

THIS COURT, having reviewed Plaintiff Candice Grey's motion requesting that she be permitted to attend the Settlement Conference in this case via telephone, and being otherwise duly advises in the premises,

HEREBY ORDERS the Plaintiff's motion is GRANTED. Candice Grey is permitted to attend the Settlement Conference on February 6, 2008, via telephone.

The court's phone number is (303) 844-2403.

Dated: January 28, 2008

_____
MICHAEL J. WATANABE
U.... 
D....